NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DARRELL JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE CORPORATION and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.:  2:21-cv-07441 FWS (PVCx)<br>*[Los Angeles County Superior Court Case No.: 21STCV25971*<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Reassigned to Hon. Fred W. Slaughter, District Judge; Hon. Pedro V. Castillo, Magistrate Judge] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, DARRELL JONES, is hereby dismissed in its entirety, with prejudice.

Dated: June 17, 2022　　　　　By: _/s/ Fred W. Slaughter_____
　　　　　　　　　　　　　　　　　　Hon. Fred W. Slaughter
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**